IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02208-AP

SALVADOR T. JIMENEZ,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Michael W. Seckar
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

<u>For Defendant</u>:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

Allan D. Berger
Special Assistant United States Attorney
Denver, Colorado 80202
303-844-2149
303-844-0770 (facsimile)
Allan.berger@ssa.gov

**2.	STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.	DATES OF FILING OF RELEVANT PLEADINGS**

    **A.	Date Complaint Was Filed:  August 16, 2013**

    **B.	Date Complaint  Was Served on U.S. Attorney's Office: August 19, 2013**

    **C.	Date Answer and Administrative Record Were Filed: November 26, 2013**

**4.	STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5.	STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.	STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.	OTHER MATTERS**

The parties state that there are no other matters.

**8.	BRIEFING SCHEDULE**

    **A.	Plaintiff's Opening Brief Due:  January 27, 2014**

    **B.	Defendant's Response Brief Due:  February 24, 2014**

    **C.	Plaintiff's Reply Brief (If Any) Due: March 11, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

A.      Plaintiff's Statement: Plaintiff does not request oral argument.

B.      Defendant's Statement: Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

A.      ( )      All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.      ( X )    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 16th day of December, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

UNITED STATES ATTORNEY

APPROVED:

John F. Walsh
United States Attorney

s/ Michael Seckar                   By: s/Allan D. Berger
402 W. 12th Street                  Special Assistant U.S. Attorney
Pueblo, CO 81003                    1001 17th Street
719-473-1515                        Denver, CO 80202
719-543-8403 (facsimile)            303-844-2149
seckarlaw@mindspring.com            303-844-0770 (facsimile)
Attorney for Plaintiff              Allan.berger@ssa.gov
                                    Attorneys for Defendant