**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02208-MEH

SALVADOR T. JIMENEZ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

It is

      ORDERED that the decision of Commissioner of Social Security is reversed and

remanded.

      Dated at Denver, Colorado this 7th day of May, 2014.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                By:  s/   K Lyons

                          K Lyons
                          Deputy Clerk